■ PETER J. STAHLBRODT, Doing Business as SHOPPING BAG, et al., Appellants, v COMMISSIONER OF TAXATION AND FINANCE OF THE STATE OF NEW YORK, Respondent. [666 NYS2d 526] —Appeal from a judgment of the Supreme Court (Keegan, J.), entered October 17, 1996 in Albany County, which denied plaintiff's motion for summary judgment seeking a declaration of unconstitutionality with respect to Tax Law § 1115 (i) (C).

Judgment affirmed, upon the opinion of Justice Thomas W. Keegan.

Cardona, P. J., Mercure, Crew III, White and Spain, JJ., concur. Ordered that the judgment is affirmed, without costs. [*See*, 171 Misc 2d 571.]